# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:16-cr-00147-1 |
| | ) | JUDGE CRENSHAW |
| BRIAN RANDALL, | ) | |
| Defendant. | ) | |

## ORDER

The sentencing hearing set for February 27, 2017 at 11:00 a.m. is **RESCHEDULED** for **February 27, 2017, at 3:30 p.m.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE